IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | CRIMINAL FILE NO. 1:16-CR-321-TWT |
| GILDARDO MONTUFAR CORIA also known as Primo, Defendant. | |

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 76] of the Magistrate Judge recommending dismissing the action as premature because of the pendency of the Defendant's direct appeal. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 22 day of March, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge