IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GILDARDO MONTUFAR CORIA<br>also known as<br>Primo,<br><br>    Defendant. | CRIMINAL FILE NO.<br>1:16-CR-321-TWT |

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 90] of the Magistrate Judge recommending denying the Defendant's Motion to Vacate Sentence [Doc. 82]. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 82] is DENIED.

SO ORDERED, this 27 day of March, 2020.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\USA\16\16cr321\r&r.docx